IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WESTERN WORLD INSURANCE COMPANY, a corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No.: CV-17-524 |
| COMMUNITY CHURCH MINISTRIES, INC., a corporation; COMMUNITY CHURCH PRESCHOOL ACADEMY, INC., a corporation ANGELA M. COKER, an individual, KENYA ANDERSON, an individual; and CARL J. COKER, an individual; JASMYN WILLIAMS JOHNSON, as natural Mother and custodial parent of K. J., a deceased minor | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**COMPLAINT FOR DECLARATORY JUDGMENT**

COME NOW the plaintiff, WESTERN WORLD INSURANCE COMPANY, and in support of its claim for relief against the defendants shows unto the Court as follows:

1. That jurisdiction herein is founded on diversity.

2. That the amount in controversy, exclusive of interest of costs exceeds Seventy-Five Thousand and 00/100 ($75,000.00) Dollars, exclusive of interest and costs in compliance with 28 U.S.C. § 1332.

3. That this action is brought under the Declaratory Judgment Acts 28 U.S.C.A. § 2201 and 2202, and that there is an actual controversy among the parties.

4. That the plaintiff, WESTERN WORLD INSURANCE COMPANY, is a corporation organized and existing under the laws of the state of New Hampshire and is a resident and citizen of New Hampshire, and was qualified and engaged in the business of writing liability insurance in the State of Alabama at all times referred to herein.

5. That the defendant COMMUNITY CHURCH MINISTRIES, INC. is a corporation organized and existing under the laws of the state of Alabama and is a resident and citizen of the State of Alabama.

6. That the defendant COMMUNITY CHURCH PRESCHOOL ACADEMY, INC. is a corporation organized and existing under the laws of the state of Alabama and is a resident and citizen of the State of Alabama.

7. That the defendant ANGELA M. COKER is an individual over the age of eighteen years and is a resident and citizen of the State of Alabama.

8. That the defendant KENYA ANDERSON is an individual over the age of eighteen years and is a resident and citizen of the State of Alabama.

9. That the defendant CARL J. COKER is an individual over the age of eighteen years and is a resident and citizen of the State of Alabama.

10. That the defendant JASMYN WILLIAMS JOHNSON is an individual over the age of eighteen years and is a resident and citizen of the State of Alabama.

11. That plaintiff, WESTERN WORLD INSURANCE COMPANY, issued to defendants COMMUNITY CHURCH MINISTRIES, INC. and COMMUNITY CHURCH PRESCHOOL ACADEMY, INC. a commercial general liability insurance policy, policy number NPP8395540 for the policy period of March 26, 2017 through March 26, 2018.

12. That on, to wit, August 23, 2017, a Complaint styled *Jasmyn Williams Johnson, as natural Mother and custodial parent of K.J., a deceased Minor v Community Church Ministries, Inc., Community Church Ministries, Inc. & Preschool Academy; Community Nursery & Preschool Academy, Community Nursery & Preschool Academy 2, Carl J. Coker, Angela M. Coker and Kenya Anderson* was filed in the Circuit Court of Mobile County, Alabama, Civil Action No. 02-CV-902254. (referred to hereinafter as the "underlying complaint"). The underlying complaint seeks recovery from the underlying defendants for the alleged wrongful death of the minor decedent, K. J.

13. The underlying complaint is framed in two causes of action which are as follows:

   a. First Cause of Action – Negligent conduct; and

   b. Second Cause of Action – Wanton Conduct;

14. That WESTERN WORLD INSURANCE COMPANY has undertaken the defense of COMMUNITY CHURCH MINISTRIES, INC., COMMUNITY CHURCH MINISTERIES, INC. & PRESCHOOL D/B/A COMMUNITY NURSERY & PRESCHOOL ACADEMY and D/B/A COMMUNITY NURSERY & PRESCHOOL ACADEMY 2, CARL J. COKER, ANGELA M. COKER AND KENYA ANDERSON in the underlying complaint under a reservation of rights.

Plaintiff's policy issued to COMMUNITY CHURCH MINISTERIES, INC. & COMMUNITY CHURCH PRESCHOOL ACADEMY, INC. contains the following provisions:

### COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**SECTION I - COVERAGES**

**COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

1. **Insuring Agreement**

    a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies... However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury", "personal injury" or "property damage" to which this insurance does not apply…..

    b. This insurance applies to "bodily injury" and "property damage" only if:

        (1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory"; and

        (2) The "bodily injury" or "property damage" occurs during the policy period; and

3

2. **Exclusions**

This insurance does not apply to:

\* \* \*

g. **Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance or use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrong doing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

\* \* \*

(3) Parking an "auto" on, or on the ways next to premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured; ….

**SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**

4. **Other Insurance**

\* \* \*

If other valid and collectible insurance is available to the insured for a loss we cover under Coverage **A** or **B** of this Coverage Part, our obligations are limited as follows:

4

(1) This insurance is excess over:

    **a.  Primary Insurance**

    This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with that other insurance by the method described in Paragraph **c.** below.

    **b.  Excess Insurance**

      **(1)** This insurance is excess over:

        **(a)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

          \*   \*   \*

        **(iv)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion g. of Section I – Coverage A – Bodily Injury and Property Damage….

(2) When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that suit. If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those insurers.

## PROFESSIONAL LIABILITY COVERAGE FORM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

**COVERAGE**  
D. Professional Liability

**LIMITS OF INSURANCE**  
XXX  Each Professional Incident  
XXX General Aggregate

| Description of Professional Services | Premium Basis | Rate | Advance Premium |
|---|---|---|---|
| Day Care Centers – Day Nurseries | Child 50 | XX | XX |
| Day Care Centers – Day Nurseries | Child 50 | XX | XX |
| Day Care Centers – Day Nurseries | Child 50 | XX | XX |

A.     The following **COVERAGE D. PROFESSIONAL LIABILITY**, is added to **SECTION I COVERAGES**.

      **1.**    **Insuring Agreement**

          a.     We will pay those sums the insured becomes legally obligated to pay because of "bodily injury" "property damage" or "personal injury" to which this insurance applies caused by a "professional incident"....However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury", "personal injury" or "property damage" to which this insurance does not apply…..

          b.     This insurance applies to "bodily injury", "personal injury" and "property damage" only if:

              (1)     The "bodily injury", "personal injury" or "property damage" is caused by a "professional incident" that takes place in the "coverage territory; ….

              (3)     The "bodily injury" or "property damage" occurs during the policy period; and ….

6

 **2.** **Exclusions**

This insurance does not apply to:

 \*  \*  \*

 **e.** **Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance or use or entrustment to others of any aircraft, "auto" or watercraft:

  (1) Owned or operated by or rented or loaned to any insured: or

  (2) Operated by an "employee" in the course of his or her employment by the insured or while performing duties related to the conduct of the insured's business.

Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrong doing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "professional incident" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

## LIMITATION OF COVERAGE TO DESIGNATED PREMISES OR PROJECT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## SCHEDULE

Premises: _____

Project: _____

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

This insurance applies to only "bodily injury", "property damage", "personal and advertising injury" and medical expenses arising out of:

1. The ownership, maintenance or use of the premises shown in the Schedule and operations necessary or incidental to those premises; or

2. The project shown in the Schedule.

## TRANSPORTATION EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY

This insurance does not apply to any claim arising from the transportation of persons in any motor vehicle by an insured or any other person.

It is further agreed that this exclusion applies even if an alleged cause of damages was the insured's negligent hiring, placement, training or supervision, act, error or omission.

15. That plaintiff seeks a declaration from the Court that coverage is not afforded under its policy for the claims and allegations of the underlying complaint and that plaintiff owes no duty to defend or indemnify COMMUNITY CHURCH MINISTRIES, INC., COMMUNITY CHURCH MINISTERIES INC. & PRESCHOOL D/B/A COMMUNITY NURSERY & PRESCHOOL ACADEMY and D/B/A COMMUNITY NURSERY & PRESCHOOL ACADEMY 2, CARL J. COKER, ANGELA M. COKER AND KENYA ANDERSON for the claims and allegations of the underlying complaint.

16. That the plaintiff avers that there now exists a judicable controversy between it and the defendants as to the rights, duties, status and legal relations of the parties hereto.

WHEREFORE, premises considered, plaintiff respectfully requests that:

1. This Honorable Court will take jurisdiction of this cause and make all the parties a party to this litigation.

2. Upon a final hearing of this cause, that this Honorable Court, ORDER, ADJUDGE, DECLARE and DECREE as follows:

    (a) Declare the rights, duties, obligations, status and legal relations of the plaintiff and defendants under said policy of insurance issued by the plaintiff.

    (b) ORDER, ADJUDGE and DECREE Plaintiff has no obligation to defend or indemnify COMMUNITY CHURCH MINISTRIES, INC., COMMUNITY CHURCH MINISTERIES INC. & PRESCHOOL D/B/A COMMUNITY NURSERY & PRESCHOOL ACADEMY and D/B/A COMMUNITY NURSERY & PRESCHOOL ACADEMY 2, CARL J. COKER, ANGELA M. COKER AND KENYA ANDERSON under the subject insurance policy for the claims and allegations of the underlying complaint.

3. That the plaintiff requests such other, further and different relief as it may be entitled to, and offers to do equity, and further requests that if it be mistaken in any special relief herein sought, then it requests such other further and more general relief to which it may be entitled.

/s/ W. Scott McGarrah, III
**W. SCOTT McGARRAH, III        (MCG005)**


/s/ Teresa D. Davenport
**TERESA D. DAVENPORT (DAV074)**
Attorneys for Plaintiff,
WESTERN WORLD INSURANCE COMPANY

**OF COUNSEL:**

ALLEN & NEWMAN, PLLC
Post Office Box 43548
Birmingham, Alabama 35243
(205) 972-8989

**PLAINTIFF'S ADDRESS:**

WESTERN WORLD INSURANCE COMPANY
300 Kimball Drive, Suite 500
Parsippany, N.J. 07054

**SERVE DEFENDANTS BY CERTIFIED MAIL:**

COMMUNITY CHURCH MINISTRIES, INC.
2514 Halls Mill Road
Mobile, AL 36606

COMMUNITY CHURCH MINISTERIES INC. & PRESCHOOL
D/B/A COMMUNITY NURSERY & PRESCHOOL ACADEMY
2514 Halls Mill Road
Mobile, AL 36606

COMMUNITY CHURCH MINISTERIES INC. & PRESCHOOL
D/B/A COMMUNITY NURSERY & PRESCHOOL ACADEMY 2
2514 Halls Mill Road
Mobile, AL 36606

CARL J. COKER
2514 Halls Mill Road
Mobile, AL 36606

ANGELA M. COKER
2514 Halls Mill Road
Mobile, AL 36606

KENYA ANDERSON
2514 Halls Mill Road
Mobile, AL 36606

JASMYN WILLIAMS JOHNSON
c/o D. Brian Murphy, Esq.
BRASWELL MURPHY, LLC
105 N. Conception Street
Suite 100
Mobile, AL 36602