# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

WESTERN WORLD INSURANCE       :
COMPANY, etc.,
                              :
    Plaintiff,
                              :
vs.                                       CA 17-0524-MU
                              :
COMMUNITY CHURCH MINISTRIES,
INC., etc., et al.,           :

    Defendants.

## ORDER

For the reasons stated on the record in open court on March 16, 2018 (*see* Doc. 30), the motion to dismiss filed on December 22, 2017 (Doc. 9) is **GRANTED**. The factors outlined in *Ameritas Variable Life Ins. Co. v. Roach,* 411 F.3d 1328, 1331 (11th Cir. 2005) (setting forth nine guideposts/factors to be considered when balancing the interests of federalism, comity, and efficiency in determining whether to hear a declaratory judgment action in the presence of parallel state proceedings) weigh in favor of this Court's abstention and, therefore, this action is **DISMISSED WITHOUT PREJUDICE**, pursuant to *Brillhart/Wilton* abstention,[1] to enable the parties to litigate all issues pertaining to this dispute in the parallel lawsuit currently pending in the Mobile

---

[1] *Wilton v. Seven Falls Co.,* 515 U.S. 277, 115 S.Ct. 2137, 132 L.Ed.2d 214 (1995); *Brillhart v. Excess Ins. Co. of America,* 316 U.S. 491, 62 S.Ct. 1173, 86 L.Ed. 1620 (1942).

County Circuit Court.[2]

**DONE** and **ORDERED** this the 19th day of March, 2018.

                                 s/P. BRADLEY MURRAY
                                 **UNITED STATES MAGISTRATE JUDGE**

---

[2] This dismissal without prejudice **MOOTS** Western World Insurance Company's motion for leave to file first amended complaint for declaratory judgment (Doc. 17), as amended (Doc. 21).